UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
DEC 26 2007
MARY E. D'ANDREA, CLERK
Per ___

1:07-CV-2316

Jonathan Lee Riches ©,
Plaintiff

Civil No:

v.

Chickie's & Pete's a/k/a Pete Ciarrocchi d/b/a www.chickiesandpetes.com,
Defendant

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves this Court under 42 USC 1983. Defendant's are subjecting me to sports bar attacks. They threw Bell peppers and onions at me. Hotdogs, Spuds Mckenzie bit me. Spud Webb dunked. When I was 9 Years old, they served me beer without I.D.. Pete Ciarrocchi was investigated by the Pennsylvania state police for illegal contact with minors, he bought his freedom, promised the police unlimited wine and spirits. Princess Diana ate at Defendants establishment before she crashed. Its a all night gambling spot. Pete Rose, Ancestors of the 1919 Chicago White Sox, Peter Jennings, and Rick Tockett were there. They fix games. Now I'm getting harassed at FCI Williamsburg in Solitary. He threatens me with Keystone cops, Quakers, claims unknown Amish hitmen and scary Erie canals. I seek $10 million and a Restraining order as I will suffer injury.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted
Jonathan Lee Riches ©

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
18 DEC 2007 PM 1 T

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut Street
Harrisburg, PA 17108

17108+3800

Legal Mail